**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In the Interest of B.C and S.R minor children

Appellate case number:   01-21-00590-CV

Trial court case number:  2017-03896J

Trial court:              314th District Court of Harris County

Appellant, P.R., has filed a motion for extension of time to file her brief. The brief is currently due on December 30, 2021. Appellant requests an extension until January 21, 2022. We **grant** the motion and extend the deadline for filing appellant's brief **until January 21, 2022**.

Appellant also states that she should be presumed indigent under Rule 20.1 but the record contains no statement of inability to afford court costs. If appellant wishes to claim inability to afford payment of court costs, she should either (1) file a statement of inability in the trial court **within 10 days of the date of this order** and have the trial court clerk forward a supplemental clerk's record to this Court **within 20 days of the date of this order**, containing that document, or (2) if she already filed a statement of inability, she should have a supplemental clerk's record prepared and filed in this Court **within 20 days of the date of this order**.

It is so ORDERED.

Judge's signature: ____/s/ Peter Kelly_____
               ☑ Acting individually    ☐ Acting for the Court

Date: ____December 21, 2021_____